```
                                                      FILED
                                                 U.S. DISTRICT COURT
                                                EASTERN DISTRICT OF LA

                                                 2006 MAR -8  P 2:02

                                                  LORETTA G. WHYTE
                                                        CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

STANLEY VEAL #110380                         CIVIL ACTION

VERSUS                                       NO. 04-1915

BURL CAIN WARDEN                             SECTION "C" (3)

## CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

☒ a certificate of appealability shall not be issued for the following reason(s): The petitioner has failed to make a substantial showing of the denial of a constitutional right.

_____

Date: 3/8/06                           _____
                                       UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No._____
```